

**JODY PHILLIPS**

# RECEIPT
4692206

CLERK OF THE CIRCUIT AND COUNTY COURTS
JACKSONVILLE, DUVAL COUNTY, FLORIDA

Printed On:
07/25/2024 12:08
Page 1 of 1

| Receipt Number: 4692206 - Date 07/25/2024  Time 12:08PM | |
|---|---|
| **Received of:** Lippes Mathias<br>50 Fountain Plaza<br>Suite 1700<br>Buffalo, NY 14202 | |
| **Cashier Name:** EFile | **Balance Owed:** 411.00 |
| **Cashier Location:** E-Filing | **Total Amount Paid:** 411.00 |
| **Receipt ID:** 8083773 | **Remaining Balance:** 0.00 |
| **Division:** CV-B(Circuit Court) | |

| Case# 16-2024-CA-004091-AXXX-MA -- PLAINTIFF: PEREZ-POVEDA, GERTRUDE | | | |
|---|---|---|---|
| **Item** | **Balance** | **Paid** | **Bal Remaining** |
| Fees | 411.00 | 411.00 | 0.00 |
| **Case Total** | **411.00** | **411.00** | **0.00** |

| Payments | | |
|---|---|---|
| **Type** | **Ref#** | **Amount** |
| EFILING | 11956709 | **411.00** |
| **Total Received** | | **411.00** |
| **Total Paid** | | **411.00** |

## The clerk of courts is here to help you.

| We can be found online at: | **WWW.DUVALCLERK.COM** |
|---|---|
| The main courthouse Location is: | **Clerk of the Circuit and County Courts**<br>**Duval County, Florida**<br>501 West Adams Street<br>Jacksonville, Florida 32202 |
| The main telephone number is: | 904-255-2000 |
| Other Locations: | **Neptune Beach Courthouse Annex**<br>1543 Atlantic Blvd<br>Neptune Beach, Florida 32266 |

**FORM 1.997.    CIVIL COVER SHEET**

The civil cover sheet and the information contained in it neither replace nor supplement the filing and service of pleadings or other documents as required by law. This form must be filed by the plaintiff or petitioner with the Clerk of Court for the purpose of reporting uniform data pursuant to section 25.075, Florida Statutes. (See instructions for completion.)

## I.    CASE STYLE

IN THE CIRCUIT/COUNTY COURT OF THE <u>FOURTH</u>   JUDICIAL CIRCUIT,
IN AND FOR <u>DUVAL</u>   COUNTY, FLORIDA

<u>Gertrude Perez-Poveda</u>
Plaintiff

Case # _____
Judge  _____

vs.
<u>GOOGLE, LLC</u>
Defendant

## II.    AMOUNT OF CLAIM

Please indicate the estimated amount of the claim, rounded to the nearest dollar. The estimated amount of the claim is requested for data collection and clerical processing purposes only. The amount of the claim shall not be used for any other purpose.

☐  $8,000 or less
☐  $8,001 - $30,000
☐  $30,001- $50,000
☐  $50,001- $75,000
☐  $75,001 - $100,000
☐  over $100,000.00

## III.    TYPE OF CASE      (If the case fits more than one type of case,   select the most definitive category.) If the most descriptive label is a subcategory (is indented under a broader category), place an x on both the main category and subcategory lines.

ACCEPTED: DUVAL COUNTY, JODY PHILLIPS, CLERK, 07/25/2024 12:08:18 PM

**CIRCUIT CIVIL**

☐ Condominium
☐ Contracts and indebtedness
☐ Eminent domain
☐ Auto negligence
☒ Negligence—other
      ☐ Business governance
      ☒ Business torts
      ☐ Environmental/Toxic tort
      ☐ Third party indemnification
      ☐ Construction defect
      ☐ Mass tort
      ☐ Negligent security
      ☐ Nursing home negligence
      ☐ Premises liability—commercial
      ☐ Premises liability—residential
☐ Products liability
☐ Real Property/Mortgage foreclosure
      ☐ Commercial foreclosure
      ☐ Homestead residential foreclosure
      ☐ Non-homestead residential foreclosure
      ☐ Other real property actions

☐ Professional malpractice
      ☐ Malpractice—business
      ☐ Malpractice—medical
      ☐ Malpractice—other professional
☐ Other
      ☐ Antitrust/Trade regulation
      ☐ Business transactions
      ☐ Constitutional challenge—statute or ordinance
      ☐ Constitutional challenge—proposed amendment
      ☐ Corporate trusts
      ☐ Discrimination—employment or other
      ☐ Insurance claims
      ☐ Intellectual property
      ☐ Libel/Slander
      ☐ Shareholder derivative action
      ☐ Securities litigation
      ☐ Trade secrets
      ☐ Trust litigation

**COUNTY CIVIL**

☐ Small Claims up to $8,000
☐ Civil
☐ Real property/Mortgage foreclosure

- 2 -

☐ Replevins
☐ Evictions
    ☐ Residential Evictions
    ☐ Non-residential Evictions
☐ Other civil (non-monetary)

**COMPLEX BUSINESS COURT**

This action is appropriate for assignment to Complex Business Court as delineated and mandated by the Administrative Order.  Yes ☐ No ☒

**IV.      REMEDIES SOUGHT** (check all that apply):
☐ Monetary;
☒ Nonmonetary declaratory or injunctive relief;
☐ Punitive

**V.      NUMBER OF CAUSES OF ACTION:** [   ]
(Specify)

  2

**VI.      IS THIS CASE A CLASS ACTION LAWSUIT?**
    ☐ yes
    ☒ no

**VII.      HAS NOTICE OF ANY KNOWN RELATED CASE BEEN FILED?**
    ☒ no
    ☐ yes If "yes," list all related cases by name, case number, and court.

**VIII.      IS JURY TRIAL DEMANDED IN COMPLAINT?**
    ☐ yes
    ☒ no

**IX.      DOES THIS CASE INVOLVE ALLEGATIONS OF SEXUAL ABUSE?**
    ☐ yes
    ☒ no

I CERTIFY that the information I have provided in this cover sheet is accurate to the best of my knowledge and belief, and that I have read and will comply with the requirements of Florida Rule of Judicial Administration 2.425.

Signature: s/ Musa K Farmand          Fla. Bar # 510343
      Attorney or party                 (Bar # if attorney)

Musa K Farmand            07/25/2024
  (type or print name)           Date

IN THE CIRCUIT COURT, FOURTH JUDICIAL CIRCUIT,
IN AND FOR THE DUVAL COUNTY, FLORIDA

CASE NO.:
DIVISION:

GERTRUDE PEREZ-POVEDA,

      Plaintiff,

vs.

GOOGLE, LLC, JOHN DOE AGENTS
AND/OR EMPLOYEES OF GOOGLE,
LLC,

      Defendants.

_____/

## **<u>SUMMONS</u>**

THE STATE OF FLORIDA:
To Each Sheriff of the State:

    **YOU ARE COMMANDED** to serve this Summons and a copy of the Complaint and Request for Admissions in this action on the following Defendant:

        **CORPORATION SERVICE COMPANY**
        **1201 HAYS STREET**
        **TALLAHASSEE, FL 32301-2525**

The Defendant is required to serve written defenses to the Complaint or Petition on Plaintiff's attorney, whose name and address is:

        **Musa K. Farmand., Esquire**
        **LIPPES MATHIAS LLP**
        **10151 Deerwood Park Boulevard**
        **Building 300, Suite 300**
        **Jacksonville, FL  32256**

<u>within 20 days after service of this summons</u> on that Defendant, exclusive of the day of service, and to file the original of the defenses with the clerk of this court either before service on Plaintiff's

attorney or immediately thereafter.  If a Defendant fails to do so, a default will be entered against that Defendant for the relief demanded in the Complaint or Petition.

WITNESS my hand and seal of this court on _____07/25/2024_____,



JODY PHILLIPS
As Clerk of the Circuit Court

By: _____K. Krause_____
As Deputy Clerk

**IMPORTANT**

A lawsuit has been filed against you. You have 20 calendar days after this Summons is served on you to file a written response to the attached complaint with the clerk of this court. A phone call will not protect you. Your written response, including the case number given above and the names of the parties, must be filed if you want the court to hear your side of the case. If you do not file your response on time, you may lose the case, and your wages, money, and property may thereafter be taken without further warning from the court. There are other legal requirements. You may want to call an attorney right away. If you do not know an attorney, you may call an attorney referral service or a legal aid office (listed in the phone book).

If you choose to file a written response yourself, at the same time you file your written response to the court you must also mail or take a copy of your written response to the Plaintiff's attorney named below.

**IMPORTANTE**

Usted ha sido demandado legalmente. Tiene 20 dias, contados a partir del recibo de esta notificacion, para contestar la demanda adjunta, por escrito, y presentarla ante este tribunal. Una llamada telefonica no lo protegera. Si usted desea que el tribunal considere su defensa, debe presentar su respuesta por escrito, incluyendo el numero del caso y los nombres de las partes interesadas. Si usted no contesta la demanda a tiempo, pudiese perder el caso y podria ser despojado de sus ingresos y propiedades, o privado de sus derechos, sin previo aviso del tribunal. Existen otros requisitos legales. Si lo desea, puede usted consultar a un abogado inmediatamente. Si no conoce a un abogado, puede llamar a una de las oficinas de asistencia legal que aparecen en la guia telefonica.

Si desea responder a la demanda por su cuenta, al mismo tiempo en que presenta su respuesta ante el tribunal, debera usted enviar por correo o entregar una copia de su respuesta a la persona denominada abajo como "Plaintiff/Plaintiff's Attorney" (Demandante o Abogado del Demandante).

**IMPORTANT**

Des poursuites judiciares ont ete entreprises contre vous. Vous avez 20 jours consecu-tifs a partir de la date de l'assignation de cette citation pour deposer une reponse ecrite a la plainte ci-jointe aupres de ce tribunal. Un simple coup de telephone est insuffisant pour vous proteger. Vous etes obliges de deposer votre reponse ecrite, avec mention du numero de dossier ci-dessus et du nom des parties nommees ici, si vous souhaitez que le tribunal entende votre cause. Si vous ne deposez pas votre reponse ecrite dans le relai requis, vous risquez de perdre la cause ainsi que votre salaire, votre argent, et vos biens peuvent etre saisis par la suite, sans aucun preavis ulterieur du tribunal. Il y a d'autres obligations juridiques et vous pouvez requerir les services immediats d'un avocat. Si vous ne connaissez pas d'avocat, vous pourriez telephoner a un service de reference d'avocats ou a un bureau d'assistance juridique (figurant a l'annuaire de telephones).

Si vous choisissez de deposer vous-meme une reponse ecrite, il vous faudra egale-ment, en meme temps que cette formalite, faire parvenir ou expedier une copie de votre reponse ecrite au "Plaintiff/Plaintiff's Attorney" (Plaignant ou a son avocat) nomme ci-dessous.

IN THE CIRCUIT COURT, FOURTH JUDICIAL CIRCUIT,
IN AND FOR THE DUVAL COUNTY, FLORIDA

CASE NO.:
DIVISION:

GERTRUDE PEREZ-POVEDA,

      Plaintiff,

vs.

GOOGLE, LLC, JOHN DOE AGENTS
AND/OR EMPLOYEES OF GOOGLE,
LLC,

      Defendants.

_____/

# COMPLAINT

## GENERAL ALLEGATIONS

1.     This case concerns the refusal by Google LLC ("Google") to return data, contact information, family photos and other personal information belonging to an elderly Florida lady, after Google abruptly and permanently disabled her long-held account, without any prior notice and without any reasonable explanation.

2.     Plaintiff Gertrude Perez-Poveda ("Trudy Perez" or "Mrs. Perez") had a Google account for over 11 years. She used her account primarily for personal and charitable endeavors. During those 11-plus years, Google never warned her of violations of any Google policies or terms of use.

3.     Mrs. Perez was using her account in the same manner on September 23, 2023. At that time, Google disabled her account and misappropriated her data.

ACCEPTED: DUVAL COUNTY, JODY PHILLIPS, CLERK, 07/25/2024 12:08:18 PM

4.    Mrs. Perez requested and demanded an explanation. Google, through several unknown agents and/or employees acting within the course and scope of their agency and/or employment with Google, refused to give her any explanation, other than a vague reference to its "Acceptable Use Policies."

5.    Google continues to refuse Mrs. Perez any further explanation or any access whatsoever to more than 11 years of her accumulated data, photographs, calendars, contact information and other personal data ("Property"), despite acknowledging the information belongs to her and not to Google.


## PARTIES, JURISDICTION, AND VENUE

6.    Plaintiff Trudy Perez is an individual who has resided in Florida most of her life and currently resides in Duval County, Florida.  She is over 76 years of age.

7.    Defendant Google is a multinational technology company incorporated in the state of Delaware, with its principal place of business in Santa Clara County, California.  Google offers a multitude of products and services including, but not limited to, email ("Gmail"), web browsing ("Chrome"), video sharing ("YouTube"), productivity ("Workspace"), cloud storage ("Drive") and photo storage ("Photos").

8.    John Doe defendants are all individuals who are either agents and/or employees of Google and who may be part of a "concerned team" involved in the decision and implementation of a plan permanently to disable Mrs. Perez' account and to deny her access to her own Property. Plaintiff will seek leave to amend the Complaint once the John Doe defendants are identified.

9.    This Court has subject matter jurisdiction over Mrs. Perez' claims pursuant to section 48.193(1)(a)(1)(2) and (6) of the Florida Statutes.

10.     This Court has personal jurisdiction, because at all material times, Google was and is currently operating, conducting, engaging in or carrying on a business or business venture in Florida or has an office or agency in Florida, including Duval County.  Google and the John Doe defendants have committed acts and omissions towards, and have caused injury to, Mrs. Perez arising out of acts or omissions in and outside the state of Florida when, at the time of the injury, Defendants were engaged in solicitation or service activities within this state, including Duval County, Florida.  This Court also has personal jurisdiction over Google pursuant to Fla. Stat. § 501.2041(7).

11.     Venue is thus proper in Duval County, Florida, pursuant to Fla. Stat. §47.051, because the cause of action alleged herein accrued there; and Duval County is the county where the Property is located, as it is the venue in which Mrs. Perez used her Google internet address.

12.     This Court has authority to grant the requested injunctive relief pursuant to Fla. R. Civ. P. 1.610.

## FACTS

13.     In approximately 2012, Mrs. Perez first opened her Google account at the address, trudy@familyforlife.info.  She operated her Google account in essentially the same manner for over 11 years, without drawing a complaint or warning from Google.

14.     Mrs. Perez used Google Workspace, associated with the account, for her personal business during that time, including storing all her family photos and personal documents. She also managed her personal daily affairs on Google Calendar and kept over 11 years of accumulated contact information in her Google account.

15.     Mrs. Perez also used her account in connection with her charitable activities, including her affiliation with Family for Life ("FFL"), an unincorporated group primarily

composed of persons who pray, counsel and sometimes hold Catholic Mass and Eucharistic processions near abortion clinics in Jacksonville, Florida. The people of FFL are trained to follow a peaceful, prayerful, law-abiding program intended to reach the hearts of people outside the abortion clinic and to offer loving assistance. Their assembly activities often are in the presence of Jacksonville police officers.

16.    On Saturday, September 23, 2023, Mrs. Perez used her Google account, trudy@familyforlife.info, to send an email to FFL people, announcing an upcoming outdoor Catholic Mass across the street from A Woman's Choice abortion clinic at 4131 University Boulevard South in Jacksonville, Florida. The email also announced the Mass would be followed by eucharistic exposition, recitation of the rosary and eucharistic procession, all of which are Catholic religious devotions. The email noted the unborn would be remembered "[p]rayerfully, peacefully and reverently," and that prayer also would be offered up for all people involved, including the abortion-prone mothers, the abortion providers and the pro-life counselors. The email contained photographs of prior prayer vigils, Masses and Eucharistic processions that had occurred at the site in the past. Exhibit 1 (September 23, 2023, 5:53 p.m.), attached hereto and made a part hereof by reference.

17.    Approximately one hour after Mrs. Perez sent the email to like-minded FFL people, Google notified Mrs. Perez her account had been suspended, giving no reason whatsoever. Google's notice stated only, "This User suspended alert is to inform you that Google has suspended an account in your domain. You may follow up with the user or contact Google support to obtain further information." Exhibit 2 (September 23, 2023, 7:37 p.m.), attached hereto and made a part hereof by reference.

18.     Having no idea why her account had been suspended, Mrs. Perez spent a great deal of time over the next few days trying to communicate with Google and navigating the maze of Google's online procedures, in an attempt to learn what had happened to her main Google account, which included all of her data and information accumulated over many years.

19.     All the emails and communications sent by Mrs. Perez to Google, as discussed in this Complaint, were sent from her residence in Jacksonville, Duval County, Florida,

20.     Four and a half days after Mrs. Perez' initial online communications with Google, Mrs. Perez received a responsive email from Google on September 28, 2023, stating, "My name is Rajasekhar, and I am representing the Account Recovery Team for Google Workspace Support… I understand you are unable to access trudy@familyforlife.info account and you would like to gain access to the account to use the services. I'll be happy to help you to gain access to the account." Exhibit 3 (September 28, 2023, 6:10 a.m.), attached hereto and made a part hereof by reference.

21.     Later that same day, Mrs. Perez received a telephone call from Rajasekhar indicating he would help her regain access to her account.  They thereafter exchanged emails, several of which included the requirement that Mrs. Perez identify herself as the owner of the account (although she already had received notice from Google that it considered her the owner of the account).

22.     On the evening of September 29, 2023, Rajasekhar emailed Mrs. Perez, "I have raised a request to investigate and restore access…." Exhibit 4, (September 28, 2023, 9:33 a.m.), attached hereto and made a part hereof by reference.

23.     On October 3, 2023, 10 days after Mrs. Perez' initial online communications with Google about her account suspension, Rajasekhar sent Mrs. Perez an email indicating a complete reversal of his prior willingness to restore her account, stating:

we have received an update from the *concerned team* about access restoration on Trudy@familyforlife.info account. We have investigated this issue and can confirm that your Trudy@familyforlife.info account has been *permanently disabled* for breaching our Acceptable Use Policy which is a part of the Google Workspace Terms of Service.

Exhibit 5, (October 3, 2023, 3:37 a.m.; emphasis added), attached hereto and made a part hereof by reference.

24.     Three hours later on October 3, 2023, Mrs. Perez emailed Google, "I understand that you will not reinstate my account, however I request that you export and send me my data including any and all contacts, emails, photos, notes and documents." Exhibit 6, (October 3, 2023, 6:45 a.m.), attached hereto and made a part hereof by reference.

25.     In response, Google's Rajasekhar emailed,

I can understand your concern about the data, emails, contacts in trudy@familyforlife.info account. Since the account was permanently disabled for breaching our Acceptable Use Policy which is a part of the Google Workspace Terms of Service.  It is not possible to access or transfer data in that email account. …

I can confirm that this Trudy@familyforlife.info account can not be restored. There is no further action we can take to allow this Trudy@familyforlife.info account to be reused with Google Workspace services.

Exhibit 7, (October 3, 2023, 10:01 a.m.), attached hereto and made a part hereof by reference.

26.     Within hours, Mrs. Perez emailed Google that she had done nothing wrong whatsoever and asked Google what it thought she had done:

I don't see anything in Google Acceptable Use Policy that I could have violated.  Send me copies of any emails or other materials allegedly in 'violation' of the Google AUP.  Identify specifically which provisions of the AUP each such email allegedly violates. …

You should still have access to **my** data - **all emails, contacts, photos, videos, notes and all information and documents saved to drives.**

I demand that you send **all my** data to me and do not delete it until I have it in my possession. If you delete or damage any of **my** data, you will cause me significant financial, personal, and emotional damage.

Exhibit 8, (October 3, 2023, 4:26 p.m.; emphasis in original), attached hereto and made a part hereof by reference.

27.     In an email on October 4, Google's Rajasekhar responded, "Regarding the policy, due to security reasons **we are unable to share the exact policy which was violated**." Exhibit 9, (October 4, 2023, 4:10 a.m.; emphasis added), attached hereto and made a part hereof by reference.

28.     In that same email, Google again refused to return Mrs. Perez' Property, stating:

> I understand your concern about **your** data in trudy@familyforlife.info account. I would like to inform you that the data will not be deleted from the account. It will remain the same in the account under suspended status. Until the workspace account gets deleted, the data will not be deleted or modified or accessed from any circumstances.

Exhibit 9, (October 4, 2023, 4:10 a.m.; emphasis added), attached hereto and made a part hereof by reference (emphasis added).

29.     On October 6, 2023, Mrs. Perez again reiterated to Google her ownership of the Property at issue in this lawsuit: "I have tried numerous times to retrieve my data, both by signing into my account and by completing the Account Disabled Form to appeal for account reactivation. All efforts were to no avail…. Google does not have the right to keep or destroy my work-product and data. I own it." Exhibit 10, (October 6, 2023, 4:11 p.m.), attached hereto and made a part hereof by reference.

30.     Google's Rajasekhar emailed on October 14, 2023, in response to Mrs. Perez, that Google would continue to deny her access to her own property, "Since we are from the account recovery support team, our team provides technical support services for Google Workspace. However, **the account was suspended due to policy related issues**, we are unable to proceed further on your account access related query." Exhibit 11, (October 14, 2023, 9:09 p.m.; emphasis added), attached hereto and made a part hereof by reference.

31.     On October 16, Google's Rajasekhar emailed to Mrs. Perez, "As informed earlier, I can understand your concern about *your* data in the trudy@familyforlife.info account. ...The data will remain suspended under trudy@familyforlife.info account, it won't be deleted. ... However, the account was suspended due to policy related issues, we are unable to proceed further on your account access related query." Exhibit 12, (October 16, 2023, 6:32 a.m.; emphasis added), attached hereto and made a part hereof by reference.

**COUNT I:  CONVERSION**
**(against all Defendants)**

32.     Plaintiff Mrs. Perez re-alleges the General Allegations in paragraphs 1-31 above as though fully set forth herein.

33. This is an action for injunctive relief and monetary damages which exceed the sum of $50,000, exclusive of interest, costs and attorneys' fees.

34.     At all times material to this Complaint, Plaintiff was, and continues to be, the owner of the following personal Property: more than 11 years of accumulated data, photos, contact information, calendars and similar information, associated with her Google account at Trudy@familyforlife.info, including but not limited to, all such Property in her Google Workspace, Gmail, Drive and Photos applications related to her account.

35.     Beginning on or about September 23, 2023, and continuing through the present, Defendants exercised wrongful dominion over the Property, to the detriment of the rights of Plaintiff, without the authorization or consent of Plaintiff.

36.     The John Doe Defendants' actions were instrumental in enabling Google to retain Plaintiff's Property and then refuse to return it to her, despite repeated demand by her and her attorneys and despite knowing the Property belonged to Plaintiff.

37.     Defendants do not have any ownership interest or legal right to retain control over Plaintiff's Property or deprive her access to it.

38.     Plaintiff sent communications to Defendants demanding the return of her Property, to which she continues to be entitled to immediate possession.

39.     Defendants have refused, and continue to refuse, to grant Plaintiff access to her Property and have refused to allow her to take possession and control of it, expressly stating Defendants' refusal is permanent.

40.     As a direct and proximate result of Defendants' actions, Plaintiff has suffered irreparable harm and will reasonably suffer irreparable harm in the future due to the deprivation of her Property.

41.     Plaintiff has no adequate remedy at law for the harm being done and threatened to be done by the Defendants.

42.     The public interest will be served by issuing an injunction, because it will correct the injustice caused by the Defendants' continuing to exercise of wrongful dominion over Plaintiff's Property, to the detriment of the rights of Plaintiff.


**PRAYER FOR RELIEF**

WHEREFORE, Plaintiff respectfully prays that this Court grant the following relief:

   a.  Enter a preliminary injunction, enjoining the Defendants from withholding Plaintiff's Property and from denying her immediate possession of such Property, including but not limited to more than 11 years of accumulated data, photos, contact information, calendars and similar information, associated with her

Google account at trudy@familyforlife.info, and all such Property in her Google

Workspace, Gmail, Drive and Photos applications related to her Google account;

b. Enter a permanent injunction enjoining the Defendant from the conduct described

immediately above and mandating that Defendant immediately return Plaintiff her Property;

c. Award actual damages; and

d. Grant Plaintiff such other and further relief as this Court may deem just and

proper.

## COUNT II: CENSORSHIP, DEPLATFORMING, DEPRIVATION OF PROPERTY
### in Violation of Fla. Stat. § 501.2041
### (against Defendant Google)

43. Plaintiff Mrs. Perez re-alleges the General Allegations in paragraphs 1-31 above as
though fully set forth herein.

44. This is an action for violation of Florida Statute § 501. 2041 seeking injunctive relief
and damages which exceed the sum of $50,000 exclusive of interest, costs and attorneys'
fees.

45. Defendant Google is a "social media platform," as that term is defined in Fla. Stat.
§ 501.2041(1)(g).

46. On or about September 23, 2023, and following, Defendant Google censored the
Plaintiff as to her Google account at Trudy@familyforlife.info. Defendant, among other
illegal acts, restricted, inhibited publication and suspended a right to post content or
material by a user, the Plaintiff, as defined in Fla. Stat. § 501.2041(1)(b).

47. On or about September 23, 2023, and following, Defendant Google deplatformed the
Plaintiff as to her Google account at Trudy@familyforlife.info, as Defendant deleted or

banned a user, the Plaintiff, for more than 14 days, as defined in Fla. Stat. § 501.2041(1)(c).

48. Defendant Google censored and/or deplatformed the Plaintiff without notifying the Plaintiff within seven days, including a thorough rationale explaining the reason for such censorship and a precise and thorough explanation of how the Defendant became aware of the censored content, in violation of Fla. Stat. § 501.2041 (2)(d)1. and (3).

## **PRAYER FOR RELIEF**

WHEREFORE, Plaintiff respectfully prays that this Court grant the following relief:

a.   Enter a preliminary injunction, enjoining the Defendants from withholding Plaintiff's Property and from denying her immediate possession of such Property, including but not limited to more than 11 years of accumulated data, photos, contact information, calendars and similar information, associated with her Google account at trudy@familyforlife.info, and all such Property in her Google Workspace, Gmail, Drive and Photos applications related to her Google account, as provided by Fla. Stat. § 501.2041(6)(d);

b.   Enter a permanent injunction enjoining the Defendant from the conduct described immediately above, as provided by Fla. Stat. § 501.2041(6)(d) and mandating that Defendant immediately return Plaintiff her Property;

c.   Award statutory damages for each separate violation, act, or practice of censorship or deplatforming, as provided by Fla. Stat. § 501.2041(6)(a) and (7);

d.   Award actual damages, as provided by Fla. Stat. § 501.2041(6)(b);

e.   Award attorneys' fees and costs; and

f.   Grant Plaintiff such other and further relief as this Court may deem just and

proper.

**LIPPES MATHIAS LLP**

_Musa K. Farmand_

**MUSA K. FARMAND**
Florida Bar No.: 510343
mfarmand@lippes.com – Primary
ddoub@lippes.com - Secondary
**H. LEON HOLBROOK, III**
Florida Bar No.: 319910
hholbrook@lippes.com – Primary
abarrett@lippes.com - Secondary
10151 Deerwood Park Blvd.
Building 300, Suite 300
Jacksonville, FL 32256
(904) 660-0020 (Telephone)
(904) 660-0029 (Facsimile)
Attorneys for Plaintiff

# EXHIBIT 1

| From: | Trudy <trudy1@trudyffl.com> |
|---|---|
| Sent: | Saturday, September 23, 2023 5:33 PM |
| Subject: | The REAL PRESENCE of Jesus Christ will be at the threshold of an abortion clinic October 7 2023! |

# Make Florida TOTALLY Abortion Free!

***No one is less deserving of being put to death than an Unborn Baby***

*For whosoever shall do the will of my Father, that is in heaven, he is my brother, and sister, and mother.  Mt 12:50*

Dear Family for LIFE,

1

Bishop Pohlmeier has given permission to Father Joseph Kuhlman to celebrate Mass on the grassy area of Family for LIFE's 313 office (4131 University Blvd., So. Bldg #3) at 8:00 a.m. followed by a Eucharistic Exposition, Recitation of the Rosary and Eucharistic Procession.

The **Real Presence of Jesus Christ** will be at the threshold of the abortion clinic, A Woman's Choice of Jacksonville.



**HOLY MASS**
**8:00 a.m.**
**SATURDAY, OCTOBER 7, 2022**
**Memorial of Our Lady of the Rosary**

**EUCHARISTIC**
**EXPOSITION and PROCESSION**
**Following Mass until 11:00 a.m.**

**4131 University Blvd. S.**
**Building #3 parking lot**
**Across the easement from**
**A Woman's Choice of Jacksonville**

Prayerfully, peacefully and reverently we will remember the tens of thousands of Unborn children who lost their LIVES at this abortuary.

As mothers enter for their appointments for abortions, we will lift our hearts and prayers up

- for the innocent **Unborn** who have died at this facility,

- for their **mothers** who are still living with the pain of abortion that they may be given the grace to ask for forgiveness from God and that they will be able to forgive themselves,

2

- for the **abortion providers** who participated in the deaths of so many people that they, too, will ask for forgiveness from God and that they will be able to forgive themselves,

- for the **advocates** for LIFE who have ministered to all involved in abortion at this facility that they will be encouraged that by doing their best, God will do the rest!


## FAMILIES ARE WELCOME!


- Local police officers have offered to be on site to keep the peace.  We will be in a safe location.

- Both Mass and Eucharistic Exposition will be outdoors.  We have plenty of space!

- We have 40 folding chairs you may use.  You are welcome to bring your own chair and strollers for the children.

- If you are not able to stay the full three hours, no worries.  Come when you can!  Stay as long as you can.




## PARKING


- For safety reasons, parking is NOT available in our parking lot.

- If you carpool, you may drop off riders outside of our parking lot where the yellow number "2" is on the map below.

- Park your car on surrounding Streets: Bennett, Shull and Stetler (less than a 5-minute walk to site).

- There will be people directing you where to park and offering you a ride to the site.

On Saturday, October 7, we will praise and give glory to God, thanking him for all the LIVES Saved at this location.

God bless you!

Trudy, your sister for LIFE

Family For LIFE

*We do our best … leave to God the rest … and wait in peace.*

Please forward this **invitation to save babies** to ALL your family and friends who value LIFE.
If you would like to remain on or be added to Family for LIFE's email distribution list, please reply to this e-mail and type "REMAIN" or "ADD" in the Subject box.
If you prefer **not** to be a part of this movement to defend the Unborn, simply reply to this e-mail and type "UNSUBSCRIBE" in the Subject box.

# EXHIBIT 2

**From:**     Google Workspace Alerts
**To:**       Trudy1@familyforlife.info
**Subject:**  Alert: User suspended
**Date:**     Saturday, September 23, 2023 7:37:09 PM

# Google Workspace

This User suspended alert is to inform you that Google has suspended an account in your domain .  You may follow up with the user or contact Google support to obtain further information.

The alert details include:

- User: Trudy@familyforlife.info

Please view the alert center for additional details, investigation options, and remediation recommendations.

Go to Alert Center

You have received this important update about your Google Workspace account because you are the designated admin recipient for this alert type. You can turn off these alerts or change the email recipients in the System defined rules section of the Admin Console.

Google LLC 1600 Amphitheatre Parkway Mountain View, CA 94043

# EXHIBIT 3

| | |
|---|---|
| **From:** | <u>Google Workspace Support</u> |
| **To:** | <u>trudy1@trudyffl.com</u> |
| **Subject:** | Google Workspace Support 47121544: [verify] trudy@familyforlife.info |
| **Date:** | Thursday, September 28, 2023 6:10:11 AM |

# Go🔍gle Workspace

Hello Trudy,

Thank you for contacting Google Workspace Support. My name is Rajasekhar and I am representing the Account Recovery Team for Google Workspace Support.

I could have contacted you on +1 904-234-5544. However, it will be out of your business hours. so I am sending you this email instead. I have arranged a call back between 9:00 Am to 10:00 Am EDT on 09/28/2023, please be available for call back.

I understand you are unable to access <u>trudy@familyforlife.info</u> account and you would like to gain access to the account to use the services. I'll be happy to help you to gain access to the account.

I appreciate you answering the knowledge questions. We regret to inform you that the information you have provided did not suffice to confirm ownership of the account. A necessary amount of answers need to be correct in order for us to grant access into accounts. We do this in order to protect the information that is on an account and make sure that access is only granted when we can verify that the person who is contacting us is indeed the owner of the account.

You may go through the questions again and email me back your answers. I will be happy to help you to gain access to the account once the account has been fully verified.

Please try to answer all of the questions, specifying a single answer to each one. If you are uncertain about some of the answers, it's a good idea to check the inbox of the personal email address you've specified while registering the Google Workspace account, or the bank that manages the payment method you're using.

Regards,

Rajasekhar

Google Workspace Support

*Follow @AskWorkspace for regular helpful tips & product updates*

Google

© 2023 Google LLC 1600 Amphitheatre Parkway, Mountain View, CA 94043



# EXHIBIT 4

| | |
|---|---|
| **From:** | Google Workspace Support |
| **To:** | trudy1@trudyffl.com |
| **Subject:** | Google Workspace Support 47121544: [verify] trudy@familyforlife.info |
| **Date:** | Friday, September 29, 2023 9:33:30 AM |

## Google Workspace

Hello Trudy,

Thank you for your response.

I appreciate you answering the knowledge questions. I would like to inform you that I have raised a request to investigate and restore access on your Trudy@familyforlife.info account.

This might take 72 business hours for such a request to be processed. However, I will monitor the case and I will provide you with an update as soon as I have one.

Regards,

Rajasekhar

Google Workspace Support

*Follow @AskWorkspace for regular helpful tips & product updates*

## Google

© 2023 Google LLC 1600 Amphitheatre Parkway, Mountain View, CA 94043

# EXHIBIT 5

| | |
|---|---|
| **From:** | **Google Workspace Support** |
| **To:** | trudy1@trudyffl.com |
| **Subject:** | Google Workspace Support 47121544: [verify] trudy@familyforlife.info |
| **Date:** | Tuesday, October 3, 2023 3:37:17 AM |

## Google Workspace

Hello Trudy,

I hope this email finds you well.

I would like to inform you that we have received an update from the concerned team about access restoration on Trudy@familyforlife.info account. We have investigated this issue and can confirm that your Trudy@familyforlife.info account has been permanently disabled for breaching our Acceptable Use Policy which is a part of the Google Workspace Terms of Service. For more details regarding our Acceptable Use Policy please visit https://www.google.com/apps/intl/en/terms/use_policy.html.

I can confirm that this Trudy@familyforlife.info account can not be restored. There is no further action we can take to allow this Trudy@familyforlife.info account to be reused with Google Workspace services.

Regards,

Rajasekhar

Google Workspace Support

Follow @AskWorkspace for regular helpful tips & product updates

## Google

© 2023 Google LLC 1600 Amphitheatre Parkway, Mountain View, CA 94043

# EXHIBIT 6

| | |
|---|---|
| **From:** | Trudy <trudy1@trudyffl.com> |
| **Sent:** | Tuesday, October 3, 2023 6:45 AM |
| **To:** | Google Workspace Support |
| **Subject:** | Re: Google Workspace Support 47121544: [verify] trudy@familyforlife.info |

I understand that you will not reinstate my account, however I request that you export and send me my data including any and all contacts, emails, photost, notes and documents.

On Tue, Oct 3, 2023 at 4:37 AM Google Workspace Support <workspacesupport@google.com> wrote:

# Google Workspace

Hello Trudy,

I hope this email finds you well.

I would like to inform you that we have received an update from the concerned team about access restoration on Trudy@familyforlife.info account. We have investigated this issue and can confirm that your Trudy@familyforlife.info account has been permanently disabled for breaching our Acceptable Use Policy which is a part of the Google Workspace Terms of Service. For more details regarding our Acceptable Use Policy please visit https://www.google.com/apps/intl/en/terms/use_policy.html.

I can confirm that this Trudy@familyforlife.info account can not be restored. There is no further action we can take to allow this Trudy@familyforlife.info account to be reused with Google Workspace services.

Regards,

Rajasekhar

Google Workspace Support

*Follow @AskWorkspace for regular helpful tips & product updates*

1

Google

© 2023 Google LLC 1600 Amphitheatre Parkway, Mountain View, CA 94043

# EXHIBIT 7

| From: | **Google Workspace Support** |
| To: | trudy1@trudyffl.com |
| Subject: | Google Workspace Support 47121544: [verify] trudy@familyforlife.info |
| Date: | Tuesday, October 3, 2023 10:00:49 AM |

# Google Workspace

Hello Trudy,

Thank you for your response.

I can understand your concern about the data, emails, contacts in trudy@familyforlife.info account. Since the account was permanently disabled for breaching our Acceptable Use Policy which is a part of the Google Workspace Terms of Service. It is not possible to access or transfer data in that email account.

I can confirm that this Trudy@familyforlife.info account can not be restored. There is no further action we can take to allow this Trudy@familyforlife.info account to be reused with Google Workspace services.

Regards,

Rajasekhar

Google Workspace Support

*Follow @AskWorkspace for regular helpful tips & product updates*

# Google

© 2023 Google LLC 1600 Amphitheatre Parkway, Mountain View, CA 94043

# EXHIBIT 8

| | |
|---|---|
| **From:** | Trudy <trudy1@trudyffl.com> |
| **Sent:** | Tuesday, October 3, 2023 4:26 PM |
| **To:** | Google Workspace Support |
| **Subject:** | Re: Google Workspace Support 47121544: [verify] trudy@familyforlife.info |

Rajasekhar,

I don't see anything in **Google Acceptable Use Policy** that I could have violated.

Send me copies of any emails or other materials allegedly in "violation" of the Google AUP.  Identify specifically which provisions of the AUP each such email allegedly violates.

According to

> https://apps.google.com/supportwidget/articlehome?hl=en&article_url=https%3A%2F%2Fsupport.google.com%2Fa%2Fanswer%2F1397578%3Fhl%3Den&assistant_event=welcome&assistant_id=usermasterbot&product_context=1397578&product_name=UnuFlow&trigger_context=a

it appears that Google maintains data for up to 20 days.   trudy@familyforlife.info was suspended **Sep 23 at 8:37 p.m**.  You should still have access to **my** data - **all emails, contacts, photos, videos, notes and all information and documents saved to drives.**

I demand that you send **all my** data to me and do not delete it until I have it in my possession.  If you delete or damage any of **my** data, you will cause me significant financial, personal, and emotional damage.

Trudy

On Tue, Oct 3, 2023 at 11:00 AM Google Workspace Support <workspacesupport@google.com> wrote:

Google Workspace

Hello Trudy,

Thank you for your response.

I can understand your concern about the data, emails, contacts in trudy@familyforlife.info account. Since the account was permanently disabled for breaching our Acceptable Use Policy which is a part of the Google Workspace Terms of Service. It is not possible to access or transfer data in that email account.

I can confirm that this Trudy@familyforlife.info account can not be restored. There is no further action we can take to allow this Trudy@familyforlife.info account to be reused with Google Workspace services.

Regards,

Rajasekhar

Google Workspace Support

*Follow @AskWorkspace for regular helpful tips & product updates*

Google

© 2023 Google LLC 1600 Amphitheatre Parkway, Mountain View, CA 94043

# EXHIBIT 9

| From: | Google Workspace Support |
|---|---|
| To: | trudy1@trudyffl.com |
| Subject: | Google Workspace Support 47121544: [verify] trudy@familyforlife.info |
| Date: | Wednesday, October 4, 2023 4:10:18 AM |

# Google Workspace

Hello Trudy,

Thank you for your response.

I understand your concern about your data in trudy@familyforlife.info account. I would like to inform you that the data will not be deleted from the account. It will remain the same in the account under suspended status. Until the workspace account gets deleted, the data will not be deleted or modified or accessed from any circumstances.

Please note, we don't have the option or access to check or take any actions on your accounts and data. Hence, your data is secured and no one can access it.

Regarding the policy, due to security reasons we are unable to share the exact policy which was violated. Just for your information, for example if you sent hundreds of emails from your email address from your account in a single day or in a short span of time, it might be detected as some suspicious activity. Also, if any of the recipients of your emails has reported anything about your emails like spamming or fraud then the system will restrict your account access based on those reports.

The above explanation was one kind of example about how the policy works. Since the account was suspended due to violation of the Google policies, the account remained suspended.

There is no further action we can take to allow this Trudy@familyforlife.info account to be reused with Google Workspace services.

Regards,

Rajasekhar

Google Workspace Support

*Follow @AskWorkspace for regular helpful tips & product updates*

Google

© 2023 Google LLC 1600 Amphitheatre Parkway, Mountain View, CA 94043

# EXHIBIT 10

| From: | Trudy |
|-------|-------|
| To: | Google Workspace Support |
| Subject: | Re: Google Workspace Support 47121544: [verify] trudy@familyforlife.info |

Rajasekhar,

Google Support states

> "If your account was disabled due to policy violation, you can use the Google Account Disabled Form to appeal for account reactivation."

I have tried numerous times to retrieve my data, both by signing into my account and by completing the Account Disabled Form to appeal for account reactivation. All efforts were to no avail.

The online GOOGLE TERMS OF SERVICE state:

> "Your content remains yours, which means that you retain any intellectual property rights that you have in your content."

Google does not have the right to keep or destroy my work-product and data. I own it.

**MY** data has time-sensitive information which I need *immediately.* Send it to trudy1@familyforlife.info by Tuesday, October 9, 2023 11:59 p.m. EST.

Trudy

On Wed, Oct 4, 2023, at 5:10 AM, Google Workspace Support wrote:



Hello Trudy,

Thank you for your response.

I understand your concern about your data in trudy@familyforlife.info account. I would like to inform you that the data will not be deleted from the account. It will remain the same in the account under suspended status. Until the workspace account gets deleted, the data will not

be deleted or modified or accessed from any circumstances.

Please note, we don't have the option or access to check or take any actions on your accounts and data. Hence, your data is secured and no one can access it.

Regarding the policy, due to security reasons we are unable to share the exact policy which was violated. Just for your information, for example if you sent hundreds of emails from your email address from your account in a single day or in a short span of time, it might be detected as some suspicious activity. Also, if any of the recipients of your emails has reported anything about your emails like spamming or fraud then the system will restrict your account access based on those reports.

The above explanation was one kind of example about how the policy works. Since the account was suspended due to violation of the Google policies, the account remained suspended.

There is no further action we can take to allow this Trudy@familyforlife.info account to be reused with Google Workspace services.

Regards,

Rajasekhar

Google Workspace Support

*Follow @AskWorkspace for regular helpful tips & product updates*

Google

© 2023 Google LLC 1600 Amphitheatre Parkway, Mountain View, CA 94043

# EXHIBIT 11

| | |
|---|---|
| **From:** | **Google Workspace Support** |
| **To:** | trudy1@trudyffl.com |
| **Subject:** | Google Workspace Support 47121544: [verify] trudy@familyforlife.info |
| **Date:** | Saturday, October 14, 2023 9:09:08 PM |

# Google Workspace

Hello Trudy,

This is a follow up email.

As informed earlier, I can understand your concern about your data in the trudy@familyforlife.info account. As informed earlier, since the trudy@familyforlife.info account was suspended due to breaching our Acceptable Use Policy which is a part of the Google Workspace Terms of Service.

Hence, the account access can't be restored for data access. The data will remain suspended under trudy@familyforlife.info account, it won't be deleted.

Since we are from the account recovery support team, our team provides technical support services for Google Workspace. However, the account was suspended due to policy related issues, we are unable to proceed further on your account access related query.

As we are from technical support, I hope you understand our limitations on policy related exceptions and legal related queries.

There is no further action we can take to allow this Trudy@familyforlife.info account to be reused with Google Workspace services.

Regards,

Rajasekhar

Google Workspace Support

*Follow @AskWorkspace for regular helpful tips & product updates*

Google

© 2023 Google LLC 1600 Amphitheatre Parkway, Mountain View, CA 94043



# EXHIBIT 12

| From: | <u>Google Workspace Support</u> |
|---|---|
| To: | <u>trudy1@trudyffl.com</u> |
| Subject: | Google Workspace Support 47121544: [verify] trudy@familyforlife.info |
| Date: | Monday, October 16, 2023 6:31:44 AM |

# Google Workspace

Hello Trudy,

This is a follow up email.

As informed earlier, I can understand your concern about your data in the <u>trudy@familyforlife.info</u> account. As informed earlier, since the <u>trudy@familyforlife.info</u> account was suspended due to breaching our Acceptable Use Policy which is a part of the Google Workspace Terms of Service.

Hence, the account access can't be restored for data access. The data will remain suspended under <u>trudy@familyforlife.info</u> account, it won't be deleted.

Since we are from the account recovery support team, our team provides technical support services for Google Workspace. However, the account was suspended due to policy related issues, we are unable to proceed further on your account access related query.

As we are from technical support, I hope you understand our limitations on policy related exceptions and legal related queries.

There is no further action we can take to allow this <u>Trudy@familyforlife.info</u> account to be reused with Google Workspace services.

Regards,

Rajasekhar

Google Workspace Support

*Follow @AskWorkspace for regular helpful tips & product updates*

Google

© 2023 Google LLC 1600 Amphitheatre Parkway, Mountain View, CA 94043



IN THE CIRCUIT COURT OF
THE FOURTH JUDICIAL CIRCUIT, IN
AND FOR DUVAL COUNTY FLORIDA

GERTRUDE PEREZ-POVEDA          CASE NO.: 16-2024-CA-004091-AXXX-MA
Plaintiff(s)
v.                             DIVISION: CV-B (CIRCUIT COURT)
GOOGLE, LLC
Defendant(s).
_____/

### CORRECTED AMENDED ORDER SETTING CASE MANAGEMENT PLAN FOR NON-COMPLEX CASES

This civil action comes before the Court upon Plaintiff filing a complaint. The Court now establishes a Case Management Plan as set forth below. If a case is declared complex, the parties shall follow the procedures in Florida Rule of Civil Procedure 1.201, rather than this Case Management Plan.

| DEADLINE OR EVENT | DATE |
|---|---|
| **Deadline for Service of Process** | 120 days |
| **Motions to Dismiss, Motion for More Definite Statement, Motions to Strike and any objections to the pleadings** | Within 60 days of filing the motion/objection or, if such motion/objection was previously filed, within 60 days of date of entry of this Order approving this Case Management Plan, counsel must schedule with the Court's Judicial Assistant a hearing on the motion/objection. Failure to do so will result in the motion/objection being deemed abandoned and denied. Non-movant shall timely submit a proposed order if the motion/objection is deemed abandoned and denied. |
| **Notice for Trial** | Plaintiff must and any party may file a notice that the action is at issue and ready to be set for trial pursuant to Florida Rule of Civil Procedure 1.440 (b) and any party filing a notice for trial shall also submit to the Court a completed Trial Set Memorandum within ten (10) days from the date the case is at issue as defined by Rule 1.440(a). Each civil division's Trial Set Memorandum and any other procedures for setting trials are posted on the Fourth Judicial Circuit's website: jud4.org. |

It is **ORDERED**:

1. **COMPLIANCE WITH THIS CASE MANAGEMENT PLAN:** The parties shall strictly comply with the terms of this Case Management Plan, unless otherwise ordered by the Court. ***Failure to comply with all requirements of this order may result in the imposition of sanctions, including dismissal of the case.***

2. **ADDITIONAL FOURTH CIRCUIT AND DIVISION SPECIFIC GUIDELINES:** All counsel and unrepresented parties shall familiarize themselves and comply with the requirements of the Fourth Judicial Circuit's Second Amended Administrative Order 2023-05, *In Re: Civil Case Management and Resolution in Circuit Court of Non-Complex Cases*, found at jud4.org, and any division-specific guidelines that may apply.

3. **MODIFICATION OF THIS ORDER:** The parties may not, individually or by agreement, alter or extend the deadlines in this Order, or waive any of the provisions of this Order. The provisions of this Order may be modified only upon motion/stipulation *and* Court order, according to applicable law.

4. **NOTICE FOR TRIAL:** Plaintiff shall and any party may file a notice that the action is at issue and ready to be set for trial pursuant to Florida Rule of Civil Procedure 1.440(b) and submit to the Court a completed Trial Set Memorandum no later than ten (10) days after the date the case is at issue as defined by Florida Rule of Civil Procedure 1.440(a) to schedule the case for trial pursuant to the division's procedures.

5. **DISCOVERY:** All counsel and unrepresented parties shall familiarize themselves with the current edition of the Florida Handbook on Civil Discovery Practice and seek to resolve discovery issues without Court intervention whenever possible.

6. **SERVICE OF THIS ORDER:** When serving the Complaint on a party, Plaintiff must also serve a copy of this Order Setting Case Management Plan for Non-Complex Cases on that party. Plaintiff shall file a Certificate of Service of this Order within ten (10) days of service.

**DONE** at Jacksonville, Duval County, Florida, on 25th of July, 2024.

_____
**CIRCUIT JUDGE**

**If you are a person with a disability who needs any accommodation to participate in this proceeding, you are entitled, at no cost to you, to the provision of certain assistance. Please contact the ADA Coordinator, at least seven (7) days before your scheduled court appearance or immediately upon receiving this notice if the time before the scheduled appearance is less than seven (7) days. If you are hearing or voice impaired, call 711.**

**ADA Coordinator: Debra Marchant, Human Resources Manager, Duval County Courthouse, 501 W. Adams Street, Jacksonville, FL 32202. (904) 255-1695.**

IN THE CIRCUIT COURT OF THE
FOURTH JUDICIAL CIRCUIT, IN AND
FOR DUVAL COUNTY, FLORIDA


DIVISION:  CV-B

IN RE: ALL PENDING CIVIL CASES
     ASSIGNED TO DIVISION CV-B

_____/

## STANDING ORDER ON POLICIES AND PROCEDURES
## GOVERNING ALL CIVIL CASES ASSIGNED TO DIVISION CV-B

      To facilitate this Court's responsibility to actively case manage and ensure the timely and just disposition of all pending civil cases in this Division, the parties shall:

      1.     Comply with Division *CV-B Policies and Procedures* which can be found on this Division's link on the Court's website[1] and be governed accordingly.

      2.     Failure to comply with this Order may result in monetary and non-monetary sanctions, including, but not limited to, dismissal of the case, and striking of pleadings.

      DONE AND ORDERED in Chambers, at Jacksonville, Duval County, Florida, on this 14th day of September, 2023.


KATIE L. DEARING
CIRCUIT COURT JUDGE


_____

[1] See website: https://www.jud4.org.Ex-Parte-Procedures-and-Dates

IN THE CIRCUIT COURT, FOURTH
JUDICIAL CIRCUIT, IN AND FOR
DUVAL COUNTY, FLORIDA

CASE NO.:   2024-CA-004091

Gertrude Perez-Poveda,

     Plaintiffs,

v.

GOOGLE, LLC, JOHN DOE AGENTS
AND/OR EMPLOYEES OF GOOGLE,
LLC,

     Defendants.                /

## NOTICE OF SERVICE

Pursuant to Fla. R. Civ. P. 1.340, Gertrude Perez-Poveda, a Florida limited liability

company, through their counsel, gives notice of serving the Summons, Complaint and Verified

Motion For Admission to Appear Pro Hac Vice via process server to the following defendant's

physical address listed below on August 1, 2024.

     CORPORATION SERVICE COMPANY
     1201 HAYS STREET
     TALLAHASSEE, FL 32301-2525

     Respectfully submitted on August 8, 2024.

          **LIPPES MATHIAS LLP**

*s/ Musa K. Farmand*
MUSA K. FARMAND, ESQUIRE
Florida Bar No.: 510343
E-Mail: mfarmand@lippes.com
10151 Deerwood Park Boulevard
Building 300, Suite 300
Jacksonville, FL 32256
Telephone: (904) 660-0020
Facsimile: (904) 660-0029
*Attorneys for Plaintiff*

## RETURN OF SERVICE

State of Florida                                                                                      County of Duval

Case Number: 16-2024-CA-004091-AXXX-MA

Plaintiff:
**GERTRUDE PEREZ-POVEDA**

vs.

Defendant:
**GOOGLE, LLC, JOHN DOE AGENTS
AND/OR EMPLOYEES OF GOOGLE,
LLC**

For:
Brionna Williams
Lippes
10151 Deerwood Park Blvd
Building 300, Suite 300
Jacksonville, FL 32256

Received by DILIGENT LEGAL SERVICES on the 31st day of July, 2024 at 4:36 pm to be served on **GOOGLE, LLC C/O Corporation Service Company, 1201 Hays Street, Tallahassee, FL 32301**.

I, MICHAEL C. NOLAN, do hereby affirm that on the **1st day of August, 2024** at **8:10 am**, I:

**CORPORATE:** served by delivering a true copy of the **Summons, Complaint, and Verified Motion for Admission to Appear** with the date and hour of service endorsed thereon by me, to: **SHEENA BLACK** as AUTHORIZED **REPRESENTATIVE** for the Registered Agent of GOOGLE, LLC C/O Corporation Service Company at the address of: **1201 Hays Street, Tallahassee, FL 32301**, and informed said person of the contents therein, in compliance with state statutes.

**Description** of Person Served: Age: 35+, Sex: F, Race/Skin Color: WHITE, Height: 5'6", Weight: 145, Hair: BLONDE/BROWN, Glasses: N

I certify that I am over the age of 18, have no interest in the above action, and am a Certified Process Server, in good standing, in the judicial circuit in which the process was served. Under penalty of perjury I declare that the facts contained herein are true to the best of my knowledge.NO NOTARY REQUIRED PURSUANT TO F.S. 92.525 (2).

**MICHAEL C. NOLAN**
Certified Process Server, #111

**DILIGENT LEGAL SERVICES
1497 MAIN STREET
STE. 210
DUNEDIN, FL 34698
(727) 424-7367**

Our Job Serial Number: DGT-2024004861
Ref: 2024004861

Copyright © 1992-2024 DreamBuilt Software, Inc. - Process Server's Toolbox V9.0a

IN THE CIRCUIT COURT, FOURTH JUDICIAL CIRCUIT,
IN AND FOR THE DUVAL COUNTY, FLORIDA

CASE NO.:
DIVISION:

GERTRUDE PEREZ-POVEDA,

      Plaintiff.

vs.

GOOGLE, LLC, JOHN DOE AGENTS
AND/OR EMPLOYEES OF GOOGLE,
LLC,

      Defendants.

_____/

Date ___8/1/24___ Time ___8:10 AM___
MCN. No. 111
is a certified process server in the
Circuit and County Courts
in and for the Second Judicial Circuit

## SUMMONS

THE STATE OF FLORIDA:
To Each Sheriff of the State:

      **YOU ARE COMMANDED** to serve this Summons and a copy of the Complaint and
Request for Admissions in this action on the following Defendant:

      **CORPORATION SERVICE COMPANY**
      **1201 HAYS STREET**
      **TALLAHASSEE, FL 32301-2525**

The Defendant is required to serve written defenses to the Complaint or Petition on Plaintiff's attorney,
whose name and address is:

      **Musa K. Farmand., Esquire**
      **LIPPES MATHIAS LLP**
      **10151 Deerwood Park Boulevard**
      **Building 300, Suite 300**
      **Jacksonville, FL  32256**

within 20 days after service of this summons on that Defendant, exclusive of the day of service, and
to file the original of the defenses with the clerk of this court either before service on Plaintiff's

IN THE CIRCUIT COURT, FOURTH JUDICIAL CIRCUIT,
IN AND FOR THE DUVAL COUNTY, FLORIDA

CASE NO:16-2024-CA-004091-AXXX-MA
DIVISION: CV-B

GERTRUDE PEREZ-POVEDA,

      Plaintiff,

vs.

GOOGLE, LLC, JOHN DOE AGENTS
AND/OR EMPLOYEES OF GOOGLE,
LLC,

      Defendants.

_____/

## VERIFIED MOTION FOR ADMISSION TO APPEAR PRO HAC VICE PURSUANT TO FLORIDA RULE OF JUDICIAL ADMINISTRATION 2.510

Comes now Matthew F. Heffron, Movant herein, and respectfully represents the following:

1. Movant resides at 12538 Martha St., Omaha, NE 68144, 402-250-9815, and is not a resident of the State of Florida.

2. Movant is an attorney and a member of the law firm of the Thomas More Society, with offices at:

    309 West Washington Street, Suite 1250, Chicago, Cook County, Illinois 60606; and

    10506 Burt Circle, Suite 110, Omaha, Douglas County, Nebraska 68114

3. Movant has been retained personally or as a member of the above-named law firm in October, 2023, by Gertrude Perez-Poveda to provide legal representation in connection with the above-styled matter now pending before the above-named court of the State of Florida.

4. Movant is an active member in good standing and currently eligible to practice law in the following jurisdictions: Nebraska (Bar No. 19228) and Iowa (Bar No. AT0003463).

5. There are no disciplinary proceedings pending against Movant.

ACCEPTED: DUVAL COUNTY, JODY PHILLIPS, CLERK, 08/23/2024 04:31:09 PM

6. Within the past five (5) years, Movant has not been subject to any disciplinary proceedings.

7. Movant has never been subject to any suspension proceedings.

8. Movant has never been subject to any disbarment proceedings.

9. Movant, either by resignation, withdrawal, or otherwise, never has terminated or attempted to terminate Movant's office as an attorney in order to avoid administrative, disciplinary, disbarment, or suspension proceedings.

10. Movant is not an inactive member of The Florida Bar.

11. Movant is not now and has never been a member of The Florida Bar.

12. Movant is not a suspended member of The Florida Bar.

13. Movant is not a disbarred member of The Florida Bar nor has Movant received a disciplinary resignation from The Florida Bar.

14. Movant has not previously been disciplined or held in contempt by reason of misconduct committed while engaged in representation pursuant to Florida Rule of Judicial Administration 2.510.

15. Movant has NOT filed motion(s) to appear as counsel in Florida state courts during the past five (5) years.

16. Local counsel of record associated with Movant in this matter is Musa K. Farmand who is an active member in good standing of The Florida Bar (Florida Bar No.: 510343) and has an office at

    Lippes Mathias LLP
    10151 Deerwood Park Blvd.
    Building 300, Suite 300
    Jacksonville, FL 32256
    (904) 660 0020 (Telephone)

17. Movant has read the applicable provisions of Florida Rule of Judicial Administration 2.510 and Rule 1-3.10 of the Rules Regulating The Florida Bar and certifies that this verified motion complies with those rules.

18. Movant agrees to comply with the provisions of the Florida Rules of Professional Conduct and consents to the jurisdiction of the courts and the Bar of the State of Florida.

WHEREFORE, Movant respectfully requests permission to appear in this court for this cause only.

DATED this 24th day of July, 2024.

Movant Matthew F. Heffron

STATE OF NEBRASKA      )
                               )
COUNTY OF DOUGLAS     )

I, Matthew F. Heffron, do hereby swear or affirm under penalty of perjury that I am the Movant in the above-styled matter; that I have read the foregoing Motion and know the contents thereof, and the contents are true of my own knowledge and belief.

Movant/Affiant Matthew F. Heffron

The foregoing instrument was acknowledged before me this 24th day of July, 2024, by Matthew F. Heffron, who is personally known to me and who has produced his Nebraska driver's license as identification and who did take an oath.

DATED this 24th day of July, 2024.

GENERAL NOTARY - State of Nebraska
KIMM G. DILOCKER
My Comm. Exp. September 27, 2025

Notary Public

Notary Public (Signature)

<u>**CERTIFICATE OF SERVICE**</u>

**I HEREBY CERTIFY** that on July 31, 2024, pursuant to Rule 2.516, Fla.R.Jud.Admin.,

a true and correct copy of the foregoing has been electronically filed via the Florida E-Filing

Portal, which will cause an electronic copy to be delivered to all parties listed in the e-portal.

**LIPPES MATHIAS WEXLER FRIEDMAN LLP**

By: /s/ Musa K. Farmand
**Musa K. Farmand, Esquire**
Florida Bar No.: 510343
mfarmand@lippes.com - Primary
bwilliams@lippes.com - Secondary
**H. LEON HOLBROOK, III**
Florida Bar No.: 319910
hholbrook@lippes.com - Primary
abarrett@lippes.com - Secondary
10151 Deerwood Park Boulevard
Building 300, Suite 300
Jacksonville, FL 32256
(904) 356-6311 - Telephone
(904) 356-7330 - Facsimile
Attorneys for Plaintiff

1



**JODY PHILLIPS**

**RECEIPT**
4712568

CLERK OF THE CIRCUIT AND COUNTY COURTS
JACKSONVILLE, DUVAL COUNTY, FLORIDA

Printed On:
08/23/2024 04:31
Page 1 of 1

| Receipt Number: 4712568 - Date 08/23/2024  Time 4:31PM | | | |
|---|---|---|---|
| **Received of:** | Thomas More Society<br>309 West Washington Street<br>Suite 1250<br>Chicago, IL 60606 | | |
| **Cashier Name:** | EFile | **Balance Owed:** | 100.00 |
| **Cashier Location:** | E-Filing | **Total Amount Paid:** | 100.00 |
| **Receipt ID:** | 8105983 | **Remaining Balance:** | 0.00 |
| **Division:** | CV-B(Circuit Court) | | |

| Case# 16-2024-CA-004091-AXXX-MA -- PLAINTIFF: PEREZ-POVEDA, GERTRUDE | | | |
|---|---|---|---|
| **Item** | **Balance** | **Paid** | **Bal Remaining** |
| Fees | 100.00 | 100.00 | 0.00 |
| **Case Total** | **100.00** | **100.00** | **0.00** |

| Payments | | |
|---|---|---|
| **Type** | **Ref#** | **Amount** |
| EFILING | 12266507 | 100.00 |
| **Total Received** | | **100.00** |
| **Total Paid** | | **100.00** |

## The clerk of courts is here to help you.

| We can be found online at: | **WWW.DUVALCLERK.COM** |
|---|---|
| The main courthouse Location is: | **Clerk of the Circuit and County Courts**<br>**Duval County, Florida**<br>501 West Adams Street<br>Jacksonville, Florida 32202 |
| The main telephone number is: | 904-255-2000 |
| Other Locations: | **Neptune Beach Courthouse Annex**<br>1543 Atlantic Blvd<br>Neptune Beach, Florida 32266 |