IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

| | |
|---|---|
| GERTRUDE PEREZ-POVEDA, <br><br>     Plaintiff, <br><br> v. <br><br> GOOGLE LLC, JOHN DOE AGENTS AND/OR EMPLOYEES OF GOOGLE LLC, <br><br>     Defendants. | Case No. 3:24-cv-00900 |

## NOTICE OF DESIGNATION OF LEAD COUNSEL

Pursuant to Local Rule 2.02(a), Defendant Google LLC ("Defendant") hereby designates Lauren Gallo White with the law firm Wilson Sonsini Goodrich & Rosati, P.C., as lead counsel for Defendant in this matter; her application for special admission is forthcoming.

DATED this 18th day of September 2024.

Lauren Gallo White
  (special admission forthcoming)
Lead Counsel
**WILSON SONSINI GOODRICH
& ROSATI, P.C.**
One Market Plaza
Spear Tower, Suite 3300
San Francisco, CA 94105
Telephone: 415-947-2000
lwhite@wsgr.com

Brian M. Willen
  (special admission forthcoming)
**WILSON SONSINI GOODRICH
& ROSATI, P.C.**
1301 Avenue of the Americas
40th Floor
New York, NY 10019
Telephone: 212-999-58000
bwillen@wsgr.com

*s/ Douglas L. Kilby*
Douglas L. Kilby
Florida Bar No. 73407
Hannah E. Murphy
Florida Bar No. 1032759
**STEARNS WEAVER MILLER
WEISSLER ALHADEFF &
SITTERSON, P.A.**
106 E. College Ave., Suite 700
Tallahassee, Florida 32301
Telephone: (850) 580-7200
Facsimile: (850) 329-4844
dkilby@stearnsweaver.com
hmurphy@stearnsweaver.com
boneal@stearnsweaver.com
lrussell@stearnsweaver.com

*Attorneys for Defendants, Google LLC*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 18th day of September, 2024, a true and correct copy of the foregoing notice was furnished to all counsel of record in CM/ECF.

*s/ Douglas L. Kilby*
DOUGLAS L. KILBY