IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

GERTRUDE PEREZ-POVEDA,      Case No. 3:24-CV-00900
    Plaintiff,

vs.

GOOGLE, LLC, JOHN DOE AGENTS AND/OR EMPLOYEES OF GOOGLE, LLC,
    Defendants.
_____/

## PLANTIFF'S AFFIDAVIT IN SUPPORTOF HER MOTION IN OPPOSITION TO REMOVAL AND REQUEST FOR REMAND

Gertrude Perez-Poveda, being first duly sworn on oath, states as follows:

1. I am the Plaintiff in the above-captioned matter, I am more than 18 years of age, and I have personal knowledge of the matters stated in this affidavit.

2. To the extent this action is in state court, I will neither seek nor accept damages in excess of $75,000, even if a verdict exceeds that amount.

3. To the extent this $75,000 limitation is not clear as stated in my first filed Complaint, I am willing to have my Complaint amended to so clarify.

*/s/ Gertrude Perez-Poveda*
Gertrude Perez-Poveda

SUBSCRIBED AND SWORN to before me, a general notary public, this 20th day of September, 2024.

*/s/ Notary*
Notary Public

H. LEON HOLBROOK, III
Notary Public, State of Florida
My Comm. Expires 05/23/2025
Commission No. HH106268

1

## CERTIFICATE OF SERVICE

I hereby certify that on September 20, 2024, I filed the foregoing with the Clerk of Court using the CM/ECF system, which sent notification of such filing to the following:

Lauren Gallo White
 Lead Counsel
WILSON SONSINI GOODRICH
& ROSATI, P.C.
One Market Plaza
Spear Tower, Suite 3300
San Francisco, CA 94105
lwhite@wsgr.com

Brian M. Willen
WILSON SONSINI GOODRICH
& ROSATI, P.C.
1301 Avenue of the Americas
40th Floor
New York, NY 10019
bwillen@wsgr.com

Douglas L. Kilby
STEARNS WEAVER MILLER
WEISSLER ALHADEFF &
SITTERSON, P.A.
106 E. College Ave., Suite 700
Tallahassee, Florida 32301
dkilby@stearnsweaver.com

**LIPPES MATHIAS LLP**

*/s/ H. Leon Holbrook, III*
**H. LEON HOLBROOK, III**
Florida Bar No.: 319910
hholbrook@lippes.com – Primary
abarrett@lippes.com - Secondary
10151 Deerwood Park Blvd.
Building 300, Suite 300
Jacksonville, FL 32256
(904) 660-0020 (Telephone)
(904) 660-0029 (Facsimile)
Attorneys for Plaintiff

2