IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

**GERTRUDE PEREZ-POVEDA**

    Plaintiff,

v.                                                                                         No. 3:24-CV-00900

**GOOGLE, LLC, JOHN DOE AGENTS AND/OR EMPLOYEES OF GOOGLE, LLC,**

    Defendants.
_____/

## MOTION FOR SPECIAL ADMISSION

    Lauren Gallo White, Esquire, moves for special admission to represent defendant Google LLC, in this action.

    I am not an active member in good standing of The Florida Bar.

    I am a member in good standing of a bar of a United States district court; specifically, U.S. District Court for the Southern District of New York.

    I have not abused the privilege of special admission by maintaining a regular law practice in Florida. In the last thirty-six months I have initially appeared in these cases in state or federal court in Florida:

1

- *NETCHOICE LLC et al v. MOODY et al*
  4:21-cv-00220-RH-MAF (N.D. Florida, *admitted*)

- *DJ LINCOLN ENTERPRISES, INC. V. GOOGLE, LLC*
  2:20-cv-14159-RLR (S.D. Florida, *admitted*)

- *RIZVI V. GOOGLE, LLC*
  9:21-cv-80088-DMM (S.D. Florida, *admitted*)

- *NATHANIEL WHITE V. THE DISCOVERY CHANNEL, d/b/a INVESTIGATION DISCOVERY, et al.*
  2020-CA001453 *(Second Judicial Circuit in and for Leon County, Florida, admitted)*

I will comply with the federal rules and this Court's local rules.

I am familiar with 28 U.S.C. § 1927, which provides:

Any attorney or other person admitted to conduct cases in any court of the United States or any Territory thereof who so multiplies the proceedings in any case unreasonably and vexatiously may be required by the court to satisfy personally the excess costs, expenses, and attorneys' fees reasonably incurred because of such conduct.

I have paid the fee for special admission or will pay the fee upon special admission.

I will register with the Court's CM/ECF system.

I affirm the oath, which states:

I will support the Constitution of the United States. I will bear true faith and allegiance to the government of the United States. I will maintain the respect due to the courts of justice and all judicial officers. I will well and faithfully discharge my duties as an attorney and officer of this Court. I will conduct myself uprightly and according to the law and the recognized standards of ethics of the legal profession.

DATED this 27th day of September 2024.

| | |
|---|---|
| Douglas L. Kilby<br>Florida Bar No. 73407<br>Hannah E. Murphy<br>Florida Bar No. 1032759<br>**STEARNS WEAVER MILLER**<br>**WEISSLER ALHADEFF &**<br>**SITTERSON, P.A.**<br>106 E. College Ave., Suite 700<br>Tallahassee, Florida 32301<br>Telephone: (850) 580-7200<br>Facsimile: (850) 329-4844<br>dkilby@stearnsweaver.com<br>hmurphy@stearnsweaver.com<br>boneal@stearnsweaver.com<br>lrussell@stearnsweaver.com | /s/ Lauren Gallo White<br>Lauren Gallo White<br>  (special admission forthcoming)<br>Lead Counsel<br>**WILSON SONSINI GOODRICH**<br>**& ROSATI, P.C.**<br>One Market Plaza<br>Spear Tower, Suite 3300<br>San Francisco, CA 94105<br>Telephone: (415) 947-2000<br>lwhite@wsgr.com<br><br>Brian M. Willen<br>  (special admission forthcoming)<br>**WILSON SONSINI GOODRICH**<br>**& ROSATI, P.C.**<br>1301 Avenue of the Americas<br>40th Floor<br>New York, NY 10019<br>Telephone: (212) 999-58000<br>bwillen@wsgr.com<br><br>*Attorneys for Defendant, Google LLC* |

## Local Rule 3.01(g) Certification

I have conferred with counsel for the opposing party and represent they do not oppose my special admission.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 27th day of September, 2024, a true and correct copy of the foregoing notice was furnished to all counsel of record in CM/ECF.

*s/ Douglas L. Kilby*
DOUGLAS L. KILBY

#13105568 v1