IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

**GERTRUDE PEREZ-POVEDA**

    Plaintiff,

v.   No. 3:24-CV-00900

**GOOGLE, LLC, JOHN DOE AGENTS AND/OR EMPLOYEES OF GOOGLE, LLC,**

    Defendants.
_____/

## **MOTION FOR SPECIAL ADMISSION**

Brian Willen, Esquire, moves for special admission to represent defendant Google LLC, in this action.

I am not an active member in good standing of The Florida Bar.

I am a member in good standing of a bar of a United States district court; specifically, U.S. District Court for the Southern District of New York.

I have not abused the privilege of special admission by maintaining a regular law practice in Florida. In the last thirty-six months I have initially appeared in these cases in state or federal court in Florida:

- NETCHOICE LLC et al v. MOODY et al
  4:21-cv-00220-RH-MAF (N.D. Florida, *admitted*)

- AYERS v. EPIC GAMES INC et al
  1:24-cv-00064-AW-MJF (N.D. Florida, *admitted*)

1

- *ATHOS OVERSEAS LIMITED CORP. V. YOUTUBE, INC. ET AL* 1:21-cv-21698-DPG (S.D. Florida, *admitted*)

- *TRUMP ET AL V. YOUTUBE, LLC* 1:21-cv-22445-KMM (S.D. Florida, *admitted*)

- *FREEDOM WATCH, INC. V. YOUTUBE, LLC ET AL* 1:21-cv-22614-KMM (S.D. Florida, *pending*)

- *WORLD MEDIA ALLIANCE LABEL INC. V. ELLO ENTERTAINMENT GROUP, LLC* 1:23-cv-22933-RKA (S.D. Florida, *admitted*)

- *DJ LINCOLN ENTERPRISES, INC. V. GOOGLE, LLC* 2:20-cv-14159-RLR (S.D. Florida, *admitted*)

- *SOSA ENTERTAINMENT LLC V. SPOTIFY AB ET AL* 2:19-cv-00843-JES-NPM (M.D. Florida, *admitted*)

- *ALONSO V. GOOGLE LLC ET AL* 5:23-cv-00091-JA-PRL (M.D. Florida, *admitted*)

I will comply with the federal rules and this Court's local rules.

I am familiar with 28 U.S.C. § 1927, which provides:

Any attorney or other person admitted to conduct cases in any court of the United States or any Territory thereof who so multiplies the proceedings in any case unreasonably and vexatiously may be required by the court to satisfy personally the excess costs, expenses, and attorneys' fees reasonably incurred because of such conduct.

I have paid the fee for special admission or will pay the fee upon special admission.

I will register with the Court's CM/ECF system.

I affirm the oath, which states:

2

I will support the Constitution of the United States. I will bear true faith and allegiance to the government of the United States. I will maintain the respect due to the courts of justice and all judicial officers. I will well and faithfully discharge my duties as an attorney and officer of this Court. I will conduct myself uprightly and according to the law and the recognized standards of ethics of the legal profession.

DATED this 27th day of September 2024.

Douglas L. Kilby
Florida Bar No. 73407
Hannah E. Murphy
Florida Bar No. 1032759
**STEARNS WEAVER MILLER WEISSLER ALHADEFF & SITTERSON, P.A.**
106 E. College Ave., Suite 700
Tallahassee, Florida 32301
Telephone: (850) 580-7200
Facsimile: (850) 329-4844
dkilby@stearnsweaver.com
hmurphy@stearnsweaver.com
boneal@stearnsweaver.com
lrussell@stearnsweaver.com

/s/ Brian M. Willen
Brian M. Willen
 (special admission forthcoming)
**WILSON SONSINI GOODRICH & ROSATI, P.C.**
1301 Avenue of the Americas
40th Floor
New York, NY 10019
Telephone: (212) 999-58000
bwillen@wsgr.com

Lauren Gallo White
 (special admission forthcoming)
Lead Counsel
**WILSON SONSINI GOODRICH & ROSATI, P.C.**
One Market Plaza
Spear Tower, Suite 3300
San Francisco, CA 94105
Telephone: (415) 947-2000
lwhite@wsgr.com

*Attorneys for Defendant, Google LLC*

## Local Rule 3.01(g) Certification

I have conferred with counsel for the opposing party and represent they do not oppose my special admission.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 27th day of September, 2024, a true and correct copy of the foregoing notice was furnished to all counsel of record in CM/ECF.

s/ Douglas L. Kilby
DOUGLAS L. KILBY
