IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

| | |
|---|---|
| GERTRUDE PEREZ-POVEDA,<br><br>    Plaintiff,<br><br>v.<br><br>GOOGLE LLC, JOHN DOE AGENTS AND/OR EMPLOYEES OF GOOGLE LLC,<br><br>    Defendants. | Case No. 3:24-cv-00900 |

**JOINT REPORT ON MEDIATION AND REQUEST FOR EXTENSION OF CASE DEADLINES AND TEMPORARY STAY**

Plaintiff Gertrude Perez-Poveda ("Plaintiff") and Defendant Google LLC ("Defendant"), hereby submit this joint report as required by the Court's Endorsed Order [DE 25], and state as follows:

1. The parties conducted a mediation with William Adams on April 16, 2025, and made substantial progress on resolution of this case.

2. Following the mediation, the parties identified one or more issues that have prevented them from finalizing a settlement document.

3. The parties have engaged in discussions to resolve those issues and wish to continue those efforts without incurring the costs associated with litigating the case.

4. The parties therefore wish to extend applicable case deadlines, which would allow the parties to avoid litigation expenses that are potentially needless given their ongoing discussions and the substantial progress made through mediation.

5. The parties agree that an extension will not impose undue prejudice and will only delay proceedings to the extent the parties jointly seek that delay to potentially avoid continued litigation.

6. Consistent with the parties' agreement that a brief delay might avoid needless litigation expense, the parties jointly request that the Court extend to August 19, 2025: (a) Defendant's deadline to respond to the complaint; and (b) the parties' deadline to file their case management report.  August 19, 2025, is sixty (60) days from the date set by the Court in its Endorsed Order [DE 25].

7. The parties request that the stay apply to any obligations under the Federal Rules of Civil Procedure and the Local Rules for the Middle District of Florida, including but not limited to the obligations under Rule 26, Fed. R. Civ. Proc., and Local Rule 3.02.

8. This request is not sought for the purpose of delay, and no party shall suffer prejudice as a result of the requested stay.

RESPECTFULLY SUBMITTED this 20th day of June 2025.

*/s/ Musa K. Farmand*
Musa K. Farmand
Florida Bar No. 510343
H. Leon Holbrook, III
Florida Bar No. 319910
**LIPPES MATHIAS LLP**
10151 Deerwood Park Blvd.
Building 300, Suite 300
Jacksonville, Florida 32256
Telephone: (904) 660-0020
Facsimile: (904) 660-0029
mfarmand@lippes.com
hholbrook@lippes.com
ddoub@lippes.com
abarrett@lippes.com

Matthew F. Heffron
 (by special admission)
**THOMAS MORE SOCIETY**
10506 Burt Circle, Ste. 110
Omaha, NE 68114
mheffron@thomasmoresociety.org


*Attorneys for Plaintiff*

*/s/ Douglas L. Kilby*
Douglas L. Kilby
Florida Bar No. 73407
Hannah E. Murphy
Florida Bar No. 1032759
**STEARNS WEAVER MILLER WEISSLER ALHADEFF & SITTERSON, P.A.**
106 E. College Ave., Suite 700
Tallahassee, Florida 32301
Telephone: (850) 580-7200
Facsimile: (850) 329-4844
dkilby@stearnsweaver.com
hmurphy@stearnsweaver.com
boneal@stearnsweaver.com
aruddock@stearnsweaver.com

Lauren Gallo White
 (by special admission)
Lead Counsel
**WILSON SONSINI GOODRICH & ROSATI, P.C.**
One Market Plaza
Spear Tower, Suite 3300
San Francisco, CA 94105
Telephone: 415-947-2000
lwhite@wsgr.com

Brian M. Willen
 (by special admission)
**WILSON SONSINI GOODRICH & ROSATI, P.C.**
1301 Avenue of the Americas

40th Floor
New York, NY 10019
Telephone: 212-999-58000
bwillen@wsgr.com

*Attorneys for Defendant, Google LLC*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 20th day of June, 2025, a true and correct copy of the foregoing notice was furnished to all counsel of record in CM/ECF.

*s/ Douglas L. Kilby*
Douglas L. Kilby

#13819860 v1